UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GASPAR CANTU-MARIANO,　　　　　　　　　　Case No. 17-cv-03814 (SJ) (RML)

　　　　　　　　　Plaintiffs,

　　vs.

ELITE CAFE INC., B & I ELITE CAFE LLC,
E. NISANOV, CORP. EVED NISANOV, and
BENJAMIN HAIMOFF,

　　　　　　　　　Defendants.
-----------------------------------------------------------X

## STIPULATION AS TO LIABILITY AND DAMAGES UNDER NEW YORK LABOR LAW § 195(1) AND §195(3)

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff GASPAR CANTU-MARIANO and counsel for Defendants' B & I ELITE CAFÉ LLC and BENJAMIN HAIMOFF (collectively, the "Defendants"), that – for the time period of September 13, 2016 through January 27, 2017 - Defendants are liable to Plaintiff for their violations of New York Labor Law, Article 6, Section 195(1) (hereinafter "NYLL § 195(1)) and New York Labor Law, Article 6, Section 195(3) (hereinafter "NYLL § 195(3)").

**IT IS FURTHER STIPULATED AND AGREED** that - for the time period of September 13, 2016 through January 27, 2017 - Defendants failed to obtain a signed and dated written acknowledgment of receipt of wage notices under NYLL §195 (1).

**IT IS FURTHER STIPULATED AND AGREED** that - for the time period of September 13, 2016 through January 27, 2017 - Defendants failed to ever furnish Plaintiff with any wage statements under NYLL § 195(3).

**IT IS FURTHER STIPULATED AND AGREED** that Defendants will not contest their liability under NYLL § 195(1) and NYLL § 195(3) for the time period of September 13, 2016 through January 27, 2017.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants reserve the right to contest the quantum of damages for the aforesaid violations.

**IT IS FURTHER STIPULATED AND AGREED** that the above constitutes stipulated facts that may be utilized by either party at any time during this litigation, including but not limited to presentation to a jury at any time during trial or on motion.

**IT IS FURTHER STIPULATED AND AGREED** that an email or faxed copy of this Stipulation be accepted as original signatures.

Dated: New York, New York
~~October 2018~~ November 26, 2019

_____
Louis M. Leon, Esq.
LAW OFFICES OF WILLIAM CAFARO
*Attorneys for Plaintiff*
108 West 39th Street, Suite 602
New York, NY 10018
(212) 583-7400

_____
Michael K. Chong, Esq.
LAW OFFICES OF MICHAEL CHONG
*Attorneys for Defendants B & I Elite Café LLC and Benjamin Haimoff*
2 Executive Drive, Suite 720
Fort Lee, NJ 07024
(201) 947-5200

SO ORDERED:

Dated:

_____
Sterling Johnson, U.S.D.J.

2