

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 720 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*   EMAIL: MKC@MKCLAWGROUP.COM

January 20, 2020

<u>Via ECF; Total Pages: 2</u>
Hon. Sterling Johnson, Jr., U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: Cantu-Mariano v. Elite Cafe Inc. et al
    Docket No. 1:17-cv-03814-SJ-RML

Dear Judge Johnson:

  In follow up to the Order to Show Cause hearing for Failure of Plaintiff to Prosecute, held before Your Honor on January 16, 2020, the following is a summary of same:

1. The Substitution of Attorney for Defendants (Document 51) is granted. Michael K. Chong, Esq. is relieved as counsel for Defendants, and Abraham Aborhama, Esq. is new counsel for Defendants.

2. Your Honor held that sanctions should be issued against Plaintiff's counsel Louis Leon, Esq. for failure to adhere to Your Honor's procedures concerning adjournments and for a failure to prosecute, with an award of counsel fees to Defendants. Defendants have requested counsel fees and costs in relation to responding to Plaintiff's numerous baseless letters and failure to prosecute as provided above and in Document 62.

3. Your Honor will further review Defendants' submission (Document 62), wherein Defendants provide that Plaintiff's 2017 Complaint should be dismissed based on a continued Failure to Prosecute.

1

As always, I thank Your Honor for his courtesies and consideration.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/
cc: All counsel (*via ECF)*